UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM DAVID PITZER,

        Plaintiff,

v.

PAUL GROTH, et al.,

        Defendants.
_____/

CIVIL ACTION NO. 04-74086

DISTRICT JUDGE DENISE PAGE HOOD

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER STRIKING PLAINTIFF'S RESPONSE
## TO DEFENDANTS LEWIS AND DICKSTEIN'S
## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Plaintiff's Amended Complaint was received for filing on April 6, 2005. Defendants Lewis and Dickstein filed their Answer to Plaintiff's Amended Complaint on April 8, 2005. On April 27, 2005, plaintiff's response to defendants Lewis and Dickstein's Answer to Plaintiff's Amended Complaint was filed.

The pleadings allowed in a civil action are listed in Fed.R.Civ.P. 7(a). The list does not include a response to an Answer. The rule provides that no pleadings other than those designated therein shall be allowed.

IT IS THEREFORE ORDERED that Plaintiff's Response to Defendants Lewis and Dickstein's Answer to Plaintiff's Amended Complaint be stricken from the record of this cause.

                                              s/Donald A. Scheer
                                              DONALD A. SCHEER
                                              UNITED STATES MAGISTRATE JUDGE

DATED: May 23, 2005

_____

### CERTIFICATE OF SERVICE

I hereby certify on May 23, 2005 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 23, 2005. **William David Pitzer, Michael H. Cutler, David L. Kaigh, Timothy L. Cronin, Audrey J. Forbush.**

                                              s/Michael E. Lang
                                              Deputy Clerk to
                                              Magistrate Judge Donald A. Scheer
                                              (313) 234-5217