UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WILLIAM D. PITZER,**

    **Plaintiff,**

                                  Case No. 04-74086

v.

                                  HONORABLE DENISE PAGE HOOD

**PAUL GROTH, et. al.,**

    **Defendants.**

_____/

## **JUDGMENT**

In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

Approved:                                             By: s/ Wm. F. LEWIS
                                                            Deputy Clerk

   /s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  July 29, 2005

Detroit, Michigan